UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3876 CAS (MANx) | | Date | March 24, 2009 |
|---|---|---|---|---|
| Title | *CARROL FRUGE ET AL V. PEAK FINANCIAL SERVICES, LLC ET AL* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

The Court is in receipt of Plaintiff's Response to Order to Show Cause re: Defendant Chris Hagerman filed March 20, 2009. The Court having reviewed plaintiff's response, continues its order to show cause no later than **April 6, 2009** why this action should not be dismissed for lack of prosecution as to defendant **CHRIS HAGERMAN** only. The Court will address this order to show cause at the April 6, 2009 Status Conference re: Settlement on calendar for 11:00 a.m.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |