Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

JS-6

**ATTORNEY FOR PLAINTIFFS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| CARROL FRUGE and RYAN SUECH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PEAK FINANCIAL SERVICES, LLC, and ) <br> CHRIS HAGERMAN, and JAMES ) <br> VEHSLAGE, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. CV-08-03876 CAS MAN <br><br> ORDER TO DISMISS |

The Court hereby adopts the stipulation of the parties. Either party could file a notice with the Court reinstating this matter within nine (9) months. The Court retains jurisdiction. The matter is DISMISSED. In the event no notice to reopen is filed within nine (9) months the dismissal shall be with prejudice.

**IT IS SO ORDERED.**

Date: May 4, 2009

*/s/ Christina A. Snyder*

HON. CHRISTINA A. SNYDER
U.S. DISRICT JUDGE

[PROPOSED] ORDER TO DISMISS